Case 3:18-cv-01356 Document 2 Filed 10/15/18 Page 1 of 9 PageID #: 3

FILED
OCT 15 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

John Boyd Lawrence            3440840

_(Enter above the full name of the plaintiff_     _(Inmate Reg. # of each Plaintiff)_
_or plaintiffs in this action)._

**VERSUS**          CIVIL ACTION NO. 3:18-cv-01356
                    _(Number to be assigned by Court)_

Huntington Police Department
Cabell County Prosecuting Attorney Office
Det. Jason Davis, Huntington Police Department
Prosecutor Joe Fincham

_(Enter above the full name of the defendant_
_or defendants in this action)_

## COMPLAINT

I. **Previous Lawsuits**

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?

   Yes _____    No ✓

1

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1. Parties to this previous lawsuit:

        Plaintiffs: _____

        _____

        _____

        Defendants: _____

        _____

        _____

    2. Court (if federal court, name the district; if state court, name the county);

    _____

    3. Docket Number: _____

    4. Name of judge to whom case was assigned:

    _____

    5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

    _____

    6. Approximate date of filing lawsuit: _____

    7. Approximate date of disposition: _____

II. Place of Present Confinement: West Virginia Department of Corrections + Rehabili...

    A. Is there a prisoner grievance procedure in this institution?

        Yes ✓     No ____

    B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ____     No ✓

    C. If you answer is YES:

        1. What steps did you take? _____

        2. What was the result? _____

    D. If your answer is NO, explain why not: Not a complaint against a judge.

III. **Parties**

(In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff: John Boyd Lawrence

       Address: One Chimes Dr, Beckm-nsville, WV 26554

    B. Additional Plaintiff(s) and Address(es): _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C. Defendant: Huntington Police Department

is employed as: Government Agency

at Cabell County, West Virginia

D. Additional defendants: Cabell County Prosecutor's Office as a government agency of the State of West Virginia. Jason Davis as a detective with the Huntington Police Department. Joe Fincham, Prosecutor with Cabell County Prosecutor's Office.

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

IA.) On or about January 12, 2018 Det. Jason Davis alleges that I, John B. haverstick, committed the act of embezzlement and grand larceny against Clara's Rent A Center, of Huntington, WV. Det. Jason Davis is employed by the Huntington Police Department. The alleged allegations were then sent to the Cabell County Prosecutor's office for review and charges were filed. The Plaintiff alleges these charges are a result of prosecutorial misconduct

4

## IV. Statement of Claim (continued):

by directly ignoring evidence of the case, misleading a grand jury, and conspiring with a law enforcement officer to prosecute the Plaintiff. This occurred on or around August 20, 2018 in Cabell County, WV.

13) On or about June 2, 2017, the Huntington Police Department along with Detective Jason Davis committed the act of police negligence and misconduct by deliberately ignoring evidence in an effort to prosecute the Plaintiff and sway the odds of guilt of

...Continued

## V. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

The Plaintiff would like to recuperate the loss of funds caused by this damage done by the Defendants listed at a sum of $67,000 as well as injunctive relief by a stoppage of the prosecution of the Plaintiff. The Plaintiff would also ask the court to place a value on the pain and suffering caused by the actions of the Defendants.

5

IV Statement of Claim (continued)

the ~~Defendants~~ Plaintiff in favor of the Prosecutor Office. This occurred in Cabell County, WV.

10) On or about January 12, 2016 through October 1, 2018 allowed a conflict of interest by the Huntington Police Department by allowing Det. Jason Davis to investigate the ~~Defendant~~ Plaintiff when a clear prejudice existed due to prior complaints filed against the Det. Jason Davis over prior relationships with Det. Jason Davis and his mother of his child. This conflict of interest created a bias against the ~~Defendant~~ Plaintiff and causing harm to the investigation.

11) That on or about Aug 20, 2018 Cabell County Prosecutor's Office, and Joe Fincham as a representative of the office, committed the act of prosecutorial misconduct by purposely presenting to a grand jury the wrong dates of an alleged crime by the ~~Defendant~~ Plaintiff. The Office presented the wrong name and place of business and presenter to the Grand Jury. There was continuous misleading at the Grand Jury causing damage to the ~~Defendant~~ Plaintiff.

12) That on or about September 15, 2018, the Cabell County Prosecutor's Office and Prosecutor Joe Fincham is guilty of negligence and misconduct causing harm to the plaintiff by speaking with Scott Maddox, the attorney of my ex wife about a pending case with intent to go to a grand jury.

V. **Relief (continued)):**

_____
_____
_____
_____
_____

VII. **Counsel**

    A.    If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

    B.    Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

        Yes _____    No ✓

If so, state the name(s) and address(es) of each lawyer contacted:

_____
_____

If not, state your reasons: I have no financial means nor a means of communication

    C.    Have you previously had a lawyer representing you in a civil action in this court?

        Yes _____    No ✓


If so, state the lawyer's name and address:

_____

_____

Signed this ____9th____ day of ____October____, 20__18__.

_____
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____October 9, 2018____.
               (Date)

_____
Signature of Movant/Plaintiff

_____
Signature of Attorney
(if any)

7

One O'Hanna Place
Barkersville, WV 25524

This person is an inmate
at Western Regional Jail

Clerk, United States District Court
845 Fifth Avenue, Room 101
Huntington, WV 25701

POSTAGE
DUE 0.21

